UNITED STATES OF DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI MARVIN and KEVIN MARVIN,<br><br>    Plaintiff,<br><br>v.<br><br>HIPPO INSURANCE SERVICES; (a corporation of unknown jurisdiction), SPINNAKER INSURANCE COMPANY, (a foreign corporation operating in Nevada); DOES 1-100, and ROE BUSINESS ENTITIES I through C, inclusive,<br><br>    Defendants. | CASE NO: 2:25-cv-00087-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiffs', LORI MARVIN and KEVIN MARVIN, by and through their counsel of record JAY A. SHAFER, ESQ., of CORY READE DOWS AND SHAFER and Defendants, HIPPO INSURANCE SERVICES and SPINNAKER INSURANCE COMPANY by and through counsel of record SHANNON G. SPLAINE, ESQ., of LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiffs',

/ / /

/ / /

1  LORI MARVIN and KEVIN MARVIN'S Complaint is hereby dismissed as to all parties, with
2  prejudice, each party to bear their attorney's fees and costs.

3  DATED this 9th day of January, 2026.    DATED this 9th day of January, 2026.

4  **LINCOLN, GUSTAFSON & CERCOS, LLP**    **CORY READE DOWS AND SHAFER**

5  /s/ Shannon G. Splaine    /s/ Jay A. Shafer

6  **SHANNON G. SPLAINE, ESQ.**    **JAY A. SHAFER, ESQ.**
   Nevada Bar No. 8241    Nevada Bar No.009184
7  7670 W. Lake Mead Blvd., Suite 200    1333 North Buffalo Drive, Suite 210
   Las Vegas, Nevada 89128    Las Vegas, Nevada 89128
8  Attorneys for Defendants,    Attorneys for Plaintiffs
   HIPPO INSURANCE SERVICES and
9  SPINNAKER INSURANCE COMPANY

11                                        IT IS SO ORDERED.

12                                        _____
13                                        ANNE R. TRAUM
14                                        UNITED STATES DISTRICT JUDGE

16                                        Dated: January 12, 2026